

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00410-CV

Henry **MCCALL**,
Appellant

v.

Homer **HILLIS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14417
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the matter is REMANDED to the trial court.

We order that appellant Henry McCall recover his costs of appeal from appellee Homer Hillis.

SIGNED August 22, 2018.

_____
Marialyn Barnard, Justice